# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION FOR STOCK CAR AUTO RACING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANALAY HANDMADES LEATHER JACKETS, et al., <br><br> Defendants. | **FILED UNDER SEAL** <br><br> Civil Action No. <br> 1:25-cv-6695-MLB |

## AFFIDAVIT OF SERVICE

I, David M. Lilenfeld, declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court. I am one of the attorneys for National Association For Stock Car Auto Racing, LLC ("NASCAR" or "Plaintiff"). I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows.

2. As authorized by this Court in its December 9, 2025, Order [Dkt. #16] Granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3), all Defendants were served by electronic mail to the e-mail addresses provided by the e-commerce platforms

providing services for Defendants ("Marketplaces"). The Marketplaces effectuated the requests in the Temporary Restraining Order [Dkt. #15] and provided accurate e-mail information for each Defendant listed in Schedule A to the Complaint.

3. Plaintiff served all Defendants on December 22, 2025, by electronic mail to the e-mail addresses provided by the Marketplaces, which is reasonably calculated to provide notice of this lawsuit to Defendants, in accordance with the Temporary Restraining Order [Dkt. #15] and Order Authorizing Service of Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3) [Dkt. #16].

4. Such service included copies of the Complaint [Dkt. #1], Summonses, and Temporary Restraining Order [Dkt. #15], along with notice that the Court set the hearing on Plaintiff's Motion for Preliminary Injunction on January 5, 2026, at 10:00 A.M. via zoom [Dkt. #15]. Plaintiff will share any updates to hearing times and the zoom login information with Defendants promptly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December 2025 at Atlanta, Georgia.

*/s/ David M. Lilenfeld*
David M. Lilenfeld